# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### Lake Charles Division

In re: Michael L. Litters
Tomica S. Litters

Case No: 07-20173
Chapter: 13

Property Address: 1155 Lucius Dr., DeRidder, LA 70634

Last four digits of any number you use to
Identify the debtor's account: 7104

Court Claim No. (if known) 5

**STATEMENT IN RESPONSE TO NONTICE OF FINAL CURE PAYMENT**

As contemplated by Fed. R. Bankr. Proc. 3002

Creditor: Nationstar Mortgage

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 01/06/12 and filed as Docket No. 95 & 96.

**PRE-PETITION DEFAULT PAYMENTS    Applicable option is checked**

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrearages is:

Total Amount Due: $ 0.00

Attached as Schedule of Amounts Outstanding on Pre-petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

**POST-PETITION DEFAULT PAYMENTS    Applicable option is checked**

☑ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: $ 0.00

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

Lake Charles Division

In re: Michael L. Litters
Tomica S. Litters

Case No: 07-20173
Chapter: 13

Property Address: 1155 Lucius Dr., DeRidder, LA 70634

The person completing this statement must sign it. Sign and print your name and your title (if any), and state your address and telephone number if different m the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☒ I am the Creditor   ☒ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X Benjamin B. Dean
 Signature

X 03/01/2012
 Date (MM/DD/YYYY)

Name: Benjamin B. Dean

Title: Attorney at Law

Company: Dean Morris, LLP

Address: P.O. Box 15270

City/State/Zip: Monroe, LA 71207

Phone: 318/388-1440

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### Lake Charles Division

In re: Michael L. Litters
Tomica S. Litters

Case No: 07-20173
Chapter: 13

Property Address: 1155 Lucius Dr., DeRidder, LA 70634

## SCHEDULE OF AMOUNTS OUTSTANDING PRE-PETITION

| Fee Description | Fee Date | Fee Amount |
| --- | --- | --- |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

Lake Charles Division

In re: Michael L. Litters  
Tomica S. Litters

Case No: 07-20173  
Chapter: 13

Property Address: 1155 Lucius Dr., DeRidder, LA 70634

## SCHEDULE OF AMOUNTS OUTSTANDING POST-PETITION CLAIM

| Fee Description | Fee Date | Fee Amount |
| --- | --- | --- |

# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

Lake Charles Division

In re: Michael L. Litters  
Tomica S. Litters

Case No: 07-20173  
Chapter: 13

Property Address: 1155 Lucius Dr., DeRidder, LA 70634

## CERTIFICATE OF SERVICE

I, Benjamin B. Dean, hereby certify that I have notified the following interested parties of the Statement in Response to Notice of Final Cure Payment filed by Nationstar Mortgage, as reflected on the foregoing notice, to-wit:

Michael L. Litters  
Tomica S. Litters  
1155 Lucius Dr.  
DeRidder, LA 70634

Keith A. Rodriguez  
Ch 13 Trustee  
P.O. Box 3445  
Lafayette, LA 70502

Gerald J. Breaux  
Attorney at Law  
Capital One Tower, Suite 1600  
One Lakeshore Drive  
Lake Charles, LA 70629

Office of U.S. Trustee  
300 Fannin St., Suite 3196  
Shreveport, LA 71101

by mailing this notice and a copy of the Statement in Response to Notice of Final Cure Payment filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 1st day of March, 2012.

DEAN MORRIS, L.L.P.  
1820 Avenue of America  
P. O. Box 15270  
Monroe, LA 71207-5270  
(318) 388-1440

/S/ Benjamin B. Dean  
ATTORNEY FOR CREDITOR